IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON CHATMON, : | |
|    Petitioner : | |
| : | No. 1:23-cv-00623 |
| v. : | |
| : | (Judge Kane) |
| WARDEN RICKART, : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 17th day of October 2023, upon consideration of Petitioner Alton Chatmon ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition (Doc. No. 1) is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania